IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Request for Legal Assistance from Peru in the Matter of Joshua Andrew Laroche. | No.<br><br>**ORDER** |

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Brian E. Kasprzyk, Assistant U.S. Attorney, Office of the United States Attorney (or a substitute or successor subsequently designated by the Office of United States Attorney), as a commissioner to execute the above-captioned request from the Republic of Peru (the Request) by collecting evidence for use in a criminal investigation, prosecution, or proceeding in the Republic of Peru, and any subsequent, supplemental requests, and the Court having fully considered this matter,

**IT IS THEREFORE ORDERED**, pursuant to the authority conferred by 18 U.S.C. § 3512, that Brian E. Kasprzyk (or a substitute or successor designated by the Office of the United States Attorney) is appointed as a commissioner of this Court (the commissioner) and is directed to execute the Request and any subsequent, supplemental requests made by the Republic of Peru in connection with the above-captioned investigation and prosecution and to take such steps as are necessary to collect the evidence requested in this or any subsequent, supplemental requests in connection with the same criminal matter. In doing so, the commissioner:

1.     may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2.     shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in the Republic of Peru for which the Deputy Provincial Prosecutor in charge of the Third Office of the Second Transitory Corporate Provincial Prosecutor's Office Specializing in Violence against Women and Family Members of the Prosecutorial District of Lima has requested assistance, which may be specified in the Request or subsequent requests in this matter or provided by, or with the approval of, the Ministerio Publico's Office;

3.     may, in collecting the evidence requested, be assisted by persons whose presence or participation is authorized by the commissioner, including, without limitation, individuals employed by U.S. law enforcement agencies and/or representatives of the Republic of Peru who, as authorized or directed by the commissioner, may direct questions to any witness;

4.     may seek such further orders of this Court as may be necessary to execute this Request, or subsequent requests in this matter, including orders to show cause why persons served with commissioner's subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected; and

5.     shall certify and transmit the evidence collected to the Office of International Affairs, which will transmit it to the Republic of Peru.

_____            _____
Date                                                        HONORABLE
                                                            UNITED STATES DISTRICT JUDGE